NO. 07-05-0321-CV



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL A



DECEMBER 15, 2005



______________________________


 

IN RE CHALYN RACHELLE BARLOW, RELATOR


_______________________________




Before REAVIS and CAMPBELL and HANCOCK, JJ.

ORDER ON MOTION FOR REHEARING


 Real party in interest Cam Fannin, Jr., filed a motion for rehearing of our opinion and
judgment issued October 14, 2005 in this mandamus proceeding. The motion for rehearing
is pending. Fannin now has filed a motion stating that the matters in controversy have
been settled and requesting that his motion for rehearing be dismissed. We grant the
motion. 

 Accordingly, Fannin's motion for rehearing is dismissed as moot. Tex. R. App. P.
52.9, 2. All costs herein having been paid, no order pertaining to costs is made. 
 

 James T. Campbell 

 Justice 



ived, and that failure to pay the filing fee and file the docketing statement
within ten days from the date of the letter could result in dismissal of the appeal. Tex. R.
App. P. 32.1, 42.3(c); see Tex. R. App. P. 5. 

 That date has passed and no response has been received. Accordingly, this appeal
is dismissed. Tex. R. App. P. 42.3(c).

 James T. Campbell

 Justice